**E-FILED**
Wednesday, 27 August, 2008  10:24:56 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 97-30037-001 |
| STEVEN D. LOOS, | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**


s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ENTRY** was mailed on August 27, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Steven D. Loos
        Post Office Box 223
        Ursa, IL 62376

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```